IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARYL D. LAWRENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-06-906-M |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 7, 2007, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying, in part, plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. Plaintiff was advised of his right to object to the Report and Recommendation by May 28, 2007. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 7, 2007, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 15th day of June, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE